1  KELLEY DRYE & WARREN LLP
   Andrew M. White (STATE BAR NO. 60181)
2  Ken D. Kronstadt (State Bar No. 259996)
   10100 Santa Monica Boulevard
3  Twenty-Third Floor
   Los Angeles, CA  90067-4008
4  Telephone:   (310) 712-6100
   Facsimile:    (310) 712-6199
5  awhite @kelleydrye.com
   kkronstadt@kelleydrye.com
6
   Geoffrey W. Castello (admitted *pro hac vice*)
7  One Jefferson Road
   Parsippany, New Jersey  07054
8  Telephone: (973) 503-5900
   Facsimile: (973) 503-5950
9  gcastello@kelleydrye.com

10  Attorneys for Defendant Gerber Products Co.

11

           **UNITED STATES DISTRICT COURT**
12
     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
13

14  OULA ZAKARIA, individually and as      **Case No.: 2:15-cv-00200-JAK**
    a representative of the class,
15                                          [Hon. John A. Kronstadt]
               Plaintiff,
16                                          **SUPPLEMENTAL**
       v.                                   **DECLARATION OF KEN D.**
17                                          **KRONSTADT IN SUPPORT OF**
    GERBER PRODUCTS CO., a                  ***EX PARTE* APPLICATION FOR**
18  corporation d/b/a NESTLE                **RECONSIDERATION OR**
    NUTRITION, NESTLE INFANT AND            **REVIEW**
19  NESTLE NUTRITION NORTH
    AMERICA,                                First Amended Complaint
20                                          Filed:          February 24, 2015
               Defendant.                   Trial Date:     Dec. 6, 2016
21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF KEN D. KRONSTADT IN SUPPORT OF *EX PARTE* APPLICATION

1    I, Ken D. Kronstadt, hereby declare and state, as follows:

2    1.    I am an attorney duly admitted to practice before this Court and an

3  associate of Kelley Drye & Warren LLP, attorneys of record for Defendant Gerber

4  Products Co. ("Gerber") in the above-captioned matter.  I submit this supplemental

5  declaration in support of Gerber's *Ex Parte* Application (Dkt. No. 175, the "*Ex*

6  *Parte* Application") for an order granting reconsideration or review of certain

7  portions of Magistrate Judge Charles F. Eick's Order (ECF No. 167) on Plaintiff

8  Oula Zakaria's ("Plaintiff") motion to compel.  I have personal knowledge of the

9  facts set forth herein.  If called as a witness, I could and would competently testify

10 to the matters stated herein.

11   2.    On June 21, 2016, I submitted a declaration in this matter (Dkt. No.

12 175-3) in which I stated that on June 20, 2016, I spoke with Paul Sweeny, counsel

13 for Plaintiff and informed him of the substance of Gerber's then-pending *ex parte*

14 application.  The *Ex Parte* Application filed by Gerber on June 21, 2016 includes

15 one section – Section III.F, in which Gerber requests a brief extension to meet its

16 production deadline.  After I filed my original declaration, (Dkt. No. 175-3), I

17 realized that I did not raise this issue of a brief extension when I spoke with Mr.

18 Sweeny on June 20, 2016, although Mr. Sweeny and I discussed the remainder of

19 the substance of the *Ex Parte* Application.  At that the time that I had my discussion

20 with Mr. Sweeny, it was not clear whether Gerber would request a brief extension.  I

21 apologize for any confusion that this issue may have caused.

22   I declare under penalty of perjury under the laws of the State of California

23 that the foregoing is true and correct.

24   Executed on June 22, 2016, at Los Angeles, California.

25

26

27                                             Ken D. Kronstadt

28

1