Daniel L. Keller (SBN 191738)
Dan C. Bolton (SBN 104236)
**KELLER, FISHBACK & JACKSON LLP**
28720 Canwood Street, Suite 200
Agoura Hills, CA  91301
Telephone:  818.342.7442
Facsimile:   818.342.7616
Email:         dkeller@kfjlegal.com
Email:         dbolton@kfjlegal.com

**One of the Attorneys for
Plaintiff Oula Zakaria and the Class**

ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OULA ZAKARIA, individually and as a representative of the class,<br><br>        Plaintiff,<br><br>    vs.<br><br>GERBER PRODUCTS CO., a corporation, d/b/a NESTLE NUTRITION, NESTLE INFANT NUTRITION, AND NESTLE NUTRITION NORTH AMERICA,<br><br>        Defendant. | Case No.  2:15-cv-00200-JAK-E<br><br>[Hon. John A. Kronstadt]<br><br>**APPLICATION OF PLAINTIFF <u>FOR LEAVE TO FILE UNDER SEAL</u> PORTIONS OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Courtroom: 10B |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 79-5.2.2 and the Protective Order entered on October 27, 2015 in the above-referenced matter ("Protective Order") (Dkt. No. 86), Plaintiff Oula Zakaria ("Zakaria") hereby respectfully seeks leave to file portions of the following documents under seal:

a) The highlighted portions of Plaintiff's Supplemental Memorandum of Points and Authorities ("Memorandum of Points and Authorities") which refer to the exhibits previously marked as confidential and submitted by the parties as attachments to their recent motions.

The Protective Order permits the parties to designate documents and deposition testimony relating to confidential, proprietary, or private information. Dkt. No. 86 §§ 1-2.

The Memorandum of Points and Authorities, discusses, quotes, and/or refers to exhibits previously marked as confidential and submitted by the parties as attachments to their recent motions, including (1) documents produced by Defendant Gerber Products Co. ("Defendant") in discovery and designated as "Highly Confidential – Attorneys Eyes Only", "Confidential – Attorneys Eyes Only", and "Attorneys Eyes Only" and (2) deposition transcripts that were designated by Defendant as "Highly Confidential – Attorneys Eyes Only".

In particular, the designated internal documents relate to research and strategy concerning the marketing and science behind Defendant's infant formula products and Defendant's competitors' infant formula products. Under the Protective Order, Zakaria may not file designated material in the public record without a Court Order or permission from Defendant. Dkt. No. 86 § 9.

Zakaria's counsel notified Defendant's counsel of the contents of this Application on February 13, 2016. On that same day, Defendant's counsel

indicated that Defendant would not change its confidentiality designations to the documents identified above.

This Application is narrowly tailored to seal only those materials designated confidential or highly confidential by the parties. This Application is supported by (1) the contemporaneously filed Declaration of Stephen J. Fearon, Jr. in Support of Application of Plaintiff for Leave to File Under Seal Plaintiff's Supplemental Memorandum of Points and Authorities and (2) Defendant's forthcoming supporting declaration as a designating party under Local Civil Rule 79-5.2.2(b)(i).

Accordingly, Zakaria respectfully requests that the Court grant her application to file and maintain under seal the highlighted portions of the Memorandum of Points and Authorities.

Dated: February 13, 2017

By: /s/ *Stephen J. Fearon, Jr.*
Stephen J. Fearon, Jr. (admitted *pro hac vice*)
Paul V. Sweeny (admitted *pro hac vice*)
**SQUITIERI & FEARON, LLP**
32 E. 57th St., 12th Floor
New York, NY  10022
Telephone:  (212) 421-6492
Facsimile:  (212) 421-6553
Email:       stephen@sfclasslaw.com
Email:       paul@sfclasslaw.com

Daniel L. Keller (SBN 191738)
Dan C. Bolton (SBN 104236)
**KELLER, FISHBACK & JACKSON LLP**
28720 Canwood Street, Suite 200
Agoura Hills, CA  91301
Telephone:  818.342.7442
Facsimile:  818.342.7616
Email:       dkeller@kfjlegal.com
Email:       dbolton@kfjlegal.com

**Attorneys for Plaintiff and the Class**