1  Daniel L. Keller (SBN 191738)
2  Dan C. Bolton (SBN 104236)
   **KELLER, FISHBACK & JACKSON LLP**
3  28720 Canwood Street, Suite 200
4  Agoura Hills, CA  91301
   Telephone:  818.342.7442
5  Facsimile:  818.342.7616
6  Email:  dkeller@kfjlegal.com
   Email:  dbolton@kfjlegal.com
7

8  **One of the Attorneys for
   Plaintiff Oula Zakaria and the Class**
9

10 ADDITIONAL COUNSEL LISTED ON
   SIGNATURE PAGE
11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OULA ZAKARIA, individually and as a representative of the class,<br><br>Plaintiff,<br><br>vs.<br><br>GERBER PRODUCTS CO., a corporation, d/b/a NESTLE NUTRITION, NESTLE INFANT NUTRITION, AND NESTLE NUTRITION NORTH AMERICA,<br><br>Defendant. | Case No.  2:15-cv-0200-JAK-E<br><br>Hon. John A. Kronstadt<br><br>**DECLARATION OF STEPHEN J. FEARON, JR. IN SUPPORT OF APPLICATION OF PLAINTIFF <u>FOR LEAVE TO FILE UNDER SEAL</u> PORTIONS OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Courtroom: 10B |

___

DECLARATION OF STEPHEN J. FEARON IN SUPPORT OF APPLICATION FOR LEAVE TO
FILE UNDER SEAL PORTIONS OF PLAINTIFF'S SUPPLEMENTAL
MEMORANDUM OF POINTS AND AUTHORITIES

I, Stephen J. Fearon, Jr., declare as follows:

1. I am an attorney duly admitted to practice before this Court *pro hac vice* and am a partner of Squitieri & Fearon, LLP, one of the attorneys of record for Plaintiff Oula Zakaria ("Zakaria") and the Class in the above-captioned case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify on the matters stated herein.

2. I submit this declaration in support of the contemporaneously filed Application of Plaintiff for Leave to File Under Seal Portions of Plaintiff's Supplemental Memorandum of Points and Authorities ("Application").

3. The Protective Order entered in this action on October 27, 2015 permits the parties to designate deposition testimony concerning confidential, proprietary, or private information. Dkt. No. 86 §§ 1-2.

4. The Memorandum of Points and Authorities, discuss, quote, and/or refer to (1) documents produced by Defendant Gerber Products Co. ("Defendant") in discovery and designated as "Highly Confidential – Attorneys Eyes Only", "Confidential – Attorneys Eyes Only", and "Attorneys Eyes Only", (2) deposition transcripts that were designated by Defendant as "Highly Confidential – Attorneys Eyes Only". These documents relate to research and strategy concerning the marketing and science behind Defendant's infant formula products and Defendant's competitors' infant formula products.

5. Under the Protective Order, Zakaria may not file the materials Defendant designated in the public record without a Court Order or permission from Defendant. Dkt. No. 86 § 9. Zakaria's Application is narrowly tailored to seal only those materials containing information marked "High Confidential – Attorneys Eyes Only" or "Confidential – Attorneys Eyes Only" by the parties.

6. In accordance with Local Rule 79-5.2.2(b), Zakaria conferred with Defendant in an attempt to eliminate or minimize the need for filing under seal by

- 1 -

DECLARATION OF STEPHEN J. FEARON IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES

means of redaction. Zakaria's counsel notified Defendant's counsel on February 13, 2017 of Zakaria's intention to file the above-identified documents that Defendant designated and to inquire if the documents could be filed publicly without redaction or if Defendant would de-designate any of the documents it designated. On that same day Defendant's counsel indicated that Defendant would not change its confidentiality designations on the above-identified documents. Upon information and belief, Defendant will file a declaration in support of Zakaria's Application pursuant to Local Civil Rule 79-5.2.2(b)(i).

7. Accordingly, Zakaria respectfully requests that the Court grant her application to file and maintain under seal the documents and portions of documents identified in paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on February 13, 2017, at New York, New York.

/s/ *Stephen J. Fearon, Jr.*
Stephen J. Fearon, Jr.