# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OULA ZAKARIA, individually and as a representative of the class,<br><br>Plaintiff,<br><br>vs.<br><br>GERBER PRODUCTS CO., a corporation, d/b/a NESTLE NUTRITION, NESTLE INFANT NUTRITION, AND NESTLE NUTRITION NORTH AMERICA,<br><br>Defendant. | **Case No. 2:15-cv-00200-JAK**<br><br>[Hon. John A. Kronstadt]<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF PLAINTIFF FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S SUPPLEMTNAL MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Courtroom: 10B |

Pursuant to Local Rule 79-5.2.2 and Section 9 of the Protective Order entered on October 27, 2015 in the above-referenced matter (Dkt. No. 86), the Court has considered the Application of Plaintiff For Leave to File Under Seal Portions of Plaintiff's Supplemental Memorandum of Points and Authorities ("Plaintiff's Application").

Finding Plaintiff's Application to be supported by good cause, **IT IS HEREBY ORDERED AS FOLLOWS**:

(1) Plaintiff's Application to file under seal portions of Plaintiff's Supplemental Memorandum of Points and Authorities is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE