# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OULA ZAKARIA, individually and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS CO., a corporation d/b/a NESTLÉ NUTRITION, NESTLÉ INFANT NUTRITION, and NESTLÉ NUTRITION NORTH AMERICA,<br><br>Defendant. | Case No.: 2:15-cv-00200-JAK<br><br>**JUDGMENT**<br><br>**JS-6** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

By written Minute Order entered August 9, 2017 (Dkt. 297, the "Minute Order"), the Court granted Gerber's Motion for Summary Judgment (Dkt. 224, redacted; Dkt. 225, sealed).

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of Gerber and against Plaintiff;

2. Plaintiff shall take nothing by her First Amended Complaint (Dkt. 20), against Gerber;

3. Plaintiff's First Amended Complaint shall be and is hereby dismissed in its entirety, with prejudice; and

4. Gerber may recover its costs, in an amount to be determined, following the filing of the appropriate application and the consideration of any objections, pursuant to Fed. R. Civ. P. 54 and Local Rule 54-1, et seq.

**IT IS SO ORDERED**.

DATED: September 8, 2017

John A. Kronstadt
United States District Judge